```
UNITED STATES DISTRICT COURT
MASSACHUSETTS(1ST CIRCUIT)
EASTERN DIVISION
```

```
-----------------------------------
JAMES SANTRY,                       )
                                    )
PLAINTIFF                           )
                                    )
--V--                               )
                                    )
CARPENTERS UNION ,LOCAL33           )   CIVIL ACTION NO._____
BOSTON,MA                           )
JOHN P MURPHY JR,                   )         COMPLAINT
THOMAS MCLEAN,                      )
CHRISTINE BRADY,                    )
NEW ENGLAND REGIONAL CARPENTERS,    )
MARK ERLICH,                        )
UNITED BROTHERHOOD OF CARPENTERS,   )
DOUGLAS MCCARRON.                   )
                                    )
DEFENDANTS,                         )
-----------------------------------
```

### 1.) JURISDICTION AND VENUE

1.) THIS CIVIL ACTION AUTHORIZED BY 18 U.S.C.A. ss1961-1968, THAT THERE IS SUFFICIENT ALLEGATIONS OR EVIDENCE OF EMPLOYERS RETALIATION FOR OR RELATED TO AN EMPLOYEES OR FORMER EMPLOYEES WHISTLE-BLOWING ACTIVITIES, IN VIOLATION OF **RICO**. CITING HUNT V WEATHER-BEE(1986,DC MASS) 626 F SUPP 1097,39 BNA FEP CAS 1469, 121 BNA LRRM 2408,39 CCH EPD[35927 RELIEF WILL BE SUPPORTED BY RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEEDURE

2.) THE LOCATION OF THE EASTERN DISTRICT OF MASSACHUSETTS IS AN APPROPRIATE VENUE UNDER 28 U.S.C. S 1391 (B)(2)BECAUSE IT IS WHERE THE EVENTS TO THIS CLAIM OCCURRED.

### II.) PLAINTIFF

3.) PLAINTIFF, JAMES SANTRY , WAS A MEMBER OF CARPENTERS UNION, LOCAL 33 BOSTON, SINCE 1983.HE WAS CERTIFIED AS A JOURNEYMAN AND RECEIVED CERTIFICATE OF QUALIFICATION IN THE FIELD OF GENERAL CONSTUCTION AS WILL AS LABOUR GUILDE CERTIFICATES OVER THE PAST 29 YEARS.

### III.) DEFENDANTS

4.) JOHN P MURPHY JR. IS THE PRESIDENT OF LOCAL 33,BOSTON AND A BUSINESS REPRESENTATIVE OF THE NEW ENGLAND REGIONAL OF CARPENTERS. HE IS RESPONSIBLE FOR THE JOB ASSIGNMENTS AND THE WELFARE OF THE MEMBERS.
5.) THOMAS MCLEAN IS THE FINANCIAL SECRETARY AND DELEGATE WHO IS RESPONSIBLE FOR THE ALLOCATION OF FUNDS.
6.) CHRISTINE BRADY IS THE OFFICE MANAGER IN CHARGE OF DAILY OPERATIONS INCLIDING JOB ASSIGNMENTS , WORK LISTS ,AND MANAGEMENT

### III.) DEFENDANTS

7.) MARK ERLICH IS THE NEW ENGLAND REGIONAL DIRECTOR OF CARPENTERS FOR ALL OF NEW ENGLAND. HIS DUTIES INCLUDE THE WELFARE OF THE MEMBERSHIP, APPIONTMENT FOR BUSINESS REPRESENTATIVES. OVERSEES PENSION AND WELFARE. AND IS THE AUTHORITY FOR COMPLAINTS DISPUTES, AND GRIEVENCES IN NEW ENGLAND.

8.) DOUGLAS MCCARRON IS THE PRESIDENT OF THE INTERNATIONAL BROTHER HOOD OF CARPENTERS AND JOINERS OF AMERICA. HIS DUTIES ARE TO MAINTAIN THE WELFARE IF THE MEMBERSHIP, ENFORCE CONTRACT DISPUTES, AND MAINTAIN THE INTEGRITY OF THE BROTHERHOOD OF CARPENTERS.

### IV.) FACTS

9.) IN 2009, THE PLAINTIFF, JAMES SANTRY, WAS ASKED TO JOIN THE SLATE BY JOHN P MURPHY JR DURING THE DELEGATE ELECTIONS.

10.) THE SLATE WON THE ELECTION AND THE PLAINTIFF WAS GIVEN A POSITION AS A STEWARD ( ENFORCING THE BYLAWS AND CONTRACT)

11.) THE PLAINTIFF FILED CHARGES AGAINST A RONALD ROUTHIER FROM ICR DRYWALL FOR VIOLATING THE CONTRACT. NO ACTION WAS TAKEN.

12.) A MEETING WAS HELD AT THE CARPENTERS LOCAL 33 UNION HALL, BOSTON, MA AT WHICH THE PLAINTIFF WAS INFORMED THERE WOULD BE NO GRIEVENCE FILED BY THE EXECUTIVE BOARD.

13.) THE PLAINTIFF WAS ADVISED TO ATTEND A MEETING AT THE NEW ENGLAND REGIONAL COUNCIL CENTER, DORCHESTER, MA . IN ATTENDANCE WAS AARON KRACOW, MARK ERLICH, THOMAS FLYNN, RICH SCARRAMOZZA, JOHN P MURPHY, AND AL PICARO. AND MYSELF.. THE MEETING WAS HEATED OVER THE VIOLATIONS OF THE CONTRACT MY RONALD ROUTHIER AND I WAS TOLD TO STEP OUT SIDE SO A DECISION COULD BE MADE. WHEN I REENTERED I WAS TOLD TO LEAVE IT ALONE.

14.) AFTER THAT MEETING I CONTACTED THE DOL AND NLRB TO FILE CHARGES AGAINST THE LOCAL  TO NO AVEIL. THERE WAS AN ONGOING INVESTIGATION REGARDING CORRUPTION AND CRIMES AGAINST CONSTRUCTION COMPANIES( NO SHOW JOBS, THEFT OF MATERIAL, PAYOFFS FOR WORK)

15.) I INFORMED JOHN MURPHY JR AND THE ENTIRE EXECUTIVE BOARD OF THE ONGOING PROBE AND THAT I WOULD ANSWER ANY QUESTIONS THRUTH FULLY ABOUT THE CORRUPTION AND CRIMINAL ACTIVITY THAT WAS AFOOT IN THE LOCAL.

15.) I PLACED A CALL TO WASHINGTON, DC AND LEFT MESSAGES WITH FRANK SPENCER , EASTERN REGIONAL MANAGER, DOUGLAS MCCARRON PRESEDENT, ANDY SILINS, VICE PRESIDENT. AND BEN GLENN , INVESTIGATOR FOR THE EASTERN DISTRICT.

I MEET WITH BEN GLENN AT ADAMS ST LIBRARY IN DORCHESTER REGARDING THE CORRUPTION AND THE RETALIATION( BLACKBALLED) BY THE UNION. I INFORMED HIM THAT I WAS BEING DISCRIMINATED AGAINST BECAUSE I WOULDNT COVER-UP THE ILLEGAL ACTIVITY THE E- BOARD WAS CONDUCTING ON A DAILY BASIS. I WAS INFORMED TO GO ALONG TO GET ALONG IN THIS BUSINESS

17.) I INFORMED HIM DUE TO THE CRIMINAL ELEMENT I COULD NOT GO ALONG , WHICH HE INFORMED ME" GOOD LUCK FINDING A JOB".THE MEETING WAS OVER A HE WENT BACK TO WASHINGTON,DC.

18.)I WAS INFORMED BY JOHN MURPHY JR THAT I WOULD NEVER WORK IN BOSTON AGAIN AND THAT HE WOULD MAKE PERSONALLY SURE RICH SCARRAMOZZA WOULDNT SEND ME OUT TO WORK.

19.)I FILED A COMPLAINT WITH THE NLRB AND NOTIFIED THEM OF MR. MURPHY'S PLANS TO BLACKBALL ME AND KEEP ME UNEMPLOYED WHICH TO DATE HE HAS KEPT HIS PROMISE.

20.) I WAS REMOVED AS AT A STEWARDS MEETING AND INFORMED BY DAN FLYNN(WARDEN) THAT I WAS NO LONGER A STEWARD AND NOT ALLOWED IN THE MEETINGS PER ORDER OF JOHN P MURPHY JR. I WAS VERBALLY HARASSED AND THREATENED TO THE POINT WERE I CALLED JOHN MURPHY TO ASK FOR SECURITY AT THE MEETINGS.

21.) AFTER SEVERAL ALTERCATIONS THAT WERE ORCHERSTRATED BY JOHN MURPHY ,I STOPPED ATTENDING MEETINGS IN FEAR FOR MY LIFE.

22.) ALTHOUGH I CALLED DAILY TO PUT MY NAME ON THE OUT OF WORK LIST , I WAS NEVER SENT OUT, I WENT THROUGH BOSTON SEEKING EMPLOYMENT ONLY TO BE TOLD YOU HAVE TO BE HIRED THROUGH THE HALL.

23.) I WENT FROM DELEGATE TO DESTITUTE IN TWO AND½ YEARS. I HAD T WITHDRAW MY ANNUITY DUE TO BEING BLACK BALLED BY THE UNION.APPLYING FOR WELFARE AND FINALLY BEING REMOVED AS A DELEGATE FOR NOT BEING IN GOOD STANDING BECAUSE A CHECK FOR DUES WAS MISPLACED BY CHRISTINE BRADY GIVING THEM THE RIGHT TO REMOVE ME FROM OFFICE.

24.) AFTER I QUESTIONED THE PAYMENT AND VENDOR PRACTICES OF THE LOCAL,IS WHEN THE DUES PAYMENTS LAPSED AND SOON AFTER I WAS SUSPENDED FOR NONPAYMENT OF DUES.

25.) I APPLIED FOR REINSTATEMENT AND WAS DENIED BY JOHN P MURPHY JR ,WHICH SHOULD BE CONSIDERED A RELAILTORY ACT DUE TO WHISTLE - BLOWERACTIVITY WITH THE DOL AND NLRB.

V.) EXHAUSTION OF LEGAL REMEDIES

26.) I CONTACTED THE NEW ENGLAND COUNCIL OF CARPENTERS AND MARK ERLICH ONLY TO BE TOLD " THEY DON'T GET INVOLVED IN LOCAL ISSUES".

27.) I CONTACTED JEANNE BROWN, DOUGLAS MCCARRONS SECRETARY TO BE TOLD HE WOULD NOT TAKE MY CALLS ANYMORE SINCE I WASNT A MEMBER.

I CONTACTED CONGRESSMAN STEPHEN LYNCH'S OFFICE, SENATOR SCOTT BROWN'S OFFICE, AND SENATOR JOHN HART,TO BE INFORMED JOHN MURPHY JR DIDNT DEAL WITH INFORMERS.

VI.)LEGAL CLAIMS

28.) PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE PARAGRAPHS 1-27.

29.) DEFENDANT , JOHN MURPHY JR .FILED A REPORT REGARDING THE PLAINTIFF ,SLANDERING HIS NAME, REPUTATION, ACCUSING HIM OF ACTIONS WHICH CAUSED IRREPUTABUL HARM TO THE PLAINTIFFSDESIRE TO EARN A LIVING

30.) THE DEFENDANT, JOHN MURPHY JR , REPEATEDLY SLANDERED THE DEFENDANTS NAME CAUSING FUTURE EMPLOYMENT TO BE UNATTAINABLE.

31.) SINCE THE PLAINTIFF WOULD NOT GO ALONG TO GET ALONG HE WAS OSTRISIZED AT THE UNION HALL BY THE EXECUTIVE BOARD AND THE STEWARDS IN LOCAL 33, BOSTON.

32.) DUE TO VERBAL ABUSE AND THE THREAT OF BODILY HARM FROM THE MEMBERS OF THE LEADERSHIP, AND EXECUTIVE BOARD, AND THE MEMBERS OF LOCAL 33. BOSTON. THE PLAINTIFF LIVED IN IMMINENT FEAR.

33.) THE DEFENDANT, JOHN P MURPHY JR VIOLATED THE PLAINTIFF'S FIRST AMENDMENT RIGHTS ON SEVERAL OCCASIONS WHEN HE HANDED OUT INFORMATIONAL LEAFLETS AT A LOCAL 33 UNION MEETING, CAUSING RETALIATION BY THE MEMBERS AT THE REQUEST OF JOHN MURPHY JR AND THE EXECUTIVE BOARD BY REMOVING THE LEAFLETS SO THE MEMBERS COULDNT READ THE INFORMATION.

34.) BY WITNESSING THE DEFENDANTS ACTIONS REGARDING RETALIATION AND ILLEGAL ACTIONS, NOT RESPONDING TO COMPLAINTS, FILING GREVIENCES IN A TIMELY MANNER, CAUSED THE PLAINTIFF PAIN, SUFFERING , EMOTIONAL DISTRESS , AND THE ABILITY TO MAKE A LYVING

35.) BY WITNESSING THE ILLEGAL AND RETALITORY ACTIONS BY THE PLAINTIFF, MARK ERLICH AND DOUGLAS MCCARRON MADE THEMSELVES A COLLECTIVE GROUP WHO STOOD BY AND WATCHED THE PLAINTIFFS RIGHTS UNDER MASS DECLARATION OF RIGHTS, U.S. CONSTITUTION AND LMRB BE VIOLATE AS WELL AS HIS ABILITY TO EARN A LIVING AND THE PURSUIT OF HAPPINESS

THE PLAINTIFF HAS NO PLAIN, ADEQUATE, OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS AND VIOLATIONS OF LAW AND THE CONSTITUTION DESCRIBED HEREIN. THE DEFENDANT, JAMES SANTRY, WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THE COURT GRANTS AN AWARD WHICH WILL COMPENSATE THE PLAINTIFF FOR THE PAST 4 YEARS, HIS ANNUITY , HIS FUTURE EARNINGS, HIS LOST PENSION AND THE DAMAGE TO HIS REPUTATION.

36.) THE PLAINTIFF CLAIMS THAT INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY THE INTERNATIONAL BROTHERHOOD OF CARPENTERS AND ITS AFFILIATES , REPRESENTATIVES, AGENTS AND OFFICE PERSONNEL WAS DIRECTED AT THE PLAINTIFF SINCE 2009. TIL THE PRESENT DAY.

## CONTINUING VIOLATION THEORY

1.) THE GREVIENCE FILED BY THE PLAINTIFF DUE TO INFORCING A CONTRACT VIOLATION WITH ICR DRYWALL AND THERE FOREMAN, RONALD ROTHIER. THE GREVIENCE WAS NEVER HEARD, PROCESSED, OR ACTED UPON. AS A STEWARD IT WAS MY RESPONSIBILITY TO ENFORCE A CONTRACT REGARDING WAGES, LAYOFFS, AND WORK ASSIGNMENTS. THE UNION, LOCAL 33 AND ITS LEADERSHIP, JOHN P MURPHY JR VIOLATED MY LMRA RIGHTS AND RETALIATED BY BLACK BALLING ME FROM FUTURE WORK. THE CLAIM FILED WITH THE NLRB SHOULD BE CONSIDERED PRIMA FACIE EVIDENCE OF THE CONDUCT OF MR. MURPHY AND HIS THREAT TO BAR ME FROM FUTURE WORK OPPORTUNITIES.

2.) THERE WAS A REPORT OF CIVIL RIGHTS VIOLATION TO JOHN MURPHY AS TO A GAY MEMBER BEING HARRASSED AND DISCRIMINATED AGAINST BY A UNION STEWARD, KEVIN BARRETT OF QUINCU, MA. WHEN THE PLAINTIFF, WHO WAS A DELEGATE AT THE TIME SPOKE TO MR. MURPHY HE WAS TOLD "TO MIND HIS BUSINESS". IT IS THE DUTY OF THE DELEGATE TO STAND UP FOR THE MEMBERS ESPECIALLY IF A FEDERALLY PROTECTED RIGHT IS INFRINGED UPON. THE PLAINTIKK WENT FURTHER TO NOTIFY DIRECTOR MARK ERLICH, I ADVISED HIM IF THE MATTER WASN'T HANDLED THE PROPER WAY THE ACLU AND THE NEWSPAPERS WOULD BE NOTIFIED AS TO THE CONDUCT OF THE UNION.

3.) WHEN I WAS A CAPTAIN ON THE PICKET LINE I WAS TOLD TO PUT MEMBERS IN FOR TIME NOT ACCOUNTED FOR WHICH I REFUSED TO BE ANY PART OF DUE TO MISAPPROPRIATION OF FUNDS, FRAUD, AND RECORD FRAUD. IT CAME TO MY ATTENTION WHEN MY TIME SLIPS WERE TURNED IN NAMES WERE ADDED BY CHRISTINE BRADY TO SATISFY THE BUSINESS AGENTS REQUESTS. RICHARD NEVILL WAS THE BUSINESS REPRESENTATIVE WHO ASKED THE PLAINTIFF TO COMMIT FRAUD. MR. NEVILLE HAS SINCE BEEN REMOVED AS A AGENT AND WAS PLACED AS A BHA CARPENTER BY MRK ERLICH THROUGH MAYOR THOMAS MENINO.

4.) THE PLAINTIFF ADVISED THE EXECUTIVE BOARD OF THE LOCAL 33, THAT THERE WERE MEMBERS UNDER INVESTIGATION AND THE DEPT. OF LABO WAS INVOLVED IN THE RICHARD NEVILL ISSUE, MIKE MCGOUGH ISSUE, THEFT OF MATERIAL FROM ALL OVER THE CITY REGARDING CARPENTER STEWARDS, AND MISAAPROPRIATION OF FUNDS AS WELL IS MEMBERS RIGHTS BEING VIOLATED BY THE LEADERSHIP.. THE REGIONAL COUNCIL WAS AWARE OF THESE ISSUES SINCE THEY WERE DISCUSSED AT THE MARCH MEETING INVOLVING MARK ERLICH, AARON KRACROW, TOM, FLYNN, JOHN MURPHY, RICH SCARRAMOZZA, AL PICARO AND THE PLAINTIFF. THERE WERE LATTERS, FAXES, AND TEXTES SENT TO GENERAL PRESIDENT DOUGLAS MCCARRON, REGINAL EAST COAST DIRECTOR FRANK SPENCER, VICE PRESIDENT ANDY SILINS, AND TO BEN GLENN, WHO WAS THE INBVESTIGATOR IN-CHARGE.

5.) THERE WERE SEVERAL PLOTS TO HAVE THE PLAINTIFF REMOVED AS A DELEGATE INVOLVING TAMPERING WITH SIGN IN SHEETS, DUES, AND HAVING HIM REMOVED AS A CARPENTER FROM THE OLD COLONY PROJECT JOB WHICH WAS THE LAST WORK THE PLAINTIFF WAS EMPLOYED ON. THE PLAINTIFF REPORTED A CONTRACT ISSUE WITH TOM FLYNN, WHO WAS THE BOSTON DISTRICT MANAGER, ABOUT A STEWARD WHO WAS ON THE SAME PAYROLL AS THE PLAINTIFF BUT WAS GETTING THE BOSTON RATE WHERE THE WORKING MEMBERS WERE RECEIVING FRAMERS RATE. THIS WAS NOT PART OF THE COLLECTIVE BARGAINING AGREEMENT THAT MR. FLYNN INFORMED THE PLAINTIFF

JAMES SANTRY, PLAINTIFF    V    CARPENTERS UNION

6.) AFTER EXERCISING MY FIRST AMENDMENT RIGHTS WHICH ARE GUARRAR-
TEED UNDER THE U.S. CONSTITUTION , PLACING LEAFLETS ON VEHICLES IN
FORMING THEM OF THEIR LMRB RIGHS AND UNFAIR LABOR PRACTICES, RE-
GARDING THE OUT OF WORK LIST, NEPITISM, FAVORATISM, I WAS ADMON-
ISHED BY JOHN MURPHY AND ADVISED I SHOULD WATCH MY BACK, WHICH I
TOOK AS A THREAT. THIS WAS ALL RECORDED BY DOL INVESTIGATOR,
JENNIFER HERMANSKI AND INSPECTOR EDWARD SORGIN , OF THE INSPECTOR
GENERALS OFFICE OF THE DOL.

7.) AFTER TRYING TO GAIN ACCESS TO A STEWARDS MEETING IN 2010 , I
WAS INFORMED BY DAN FLYNN, WARDEN, I WAS NO LONGE WELCOME TO AT-
TEND AND WAS NO LONGER A STEWARD, AFTER GAINING ACCESS TO THE
MEETING I WAS INFORMED BY JOHN MURPHY , BY MY RUNNING FOR OFFICE
( RECORDING SECRETARY) AGAINST THE SLATE I WAS NO LONGER A WEL-
COMED MEMBER. I WAS THEN ESCORTED OUT BY DANIEL FLYNN. IT SHOULD
BE NOTED I NEVER RECEIVED ANY WRITTEN NOTICE OF MY TERMINATION AS
A STEWARD, EXCEPT BY BEING USHERD OUT BY MR. FLYNN.. A LEETER IN
2012 FROM PRESIDENT , JOHN MURPHY, WHO IS A REPRESENTAITVE OF THE
REGIONAL COUNCIL, A AFFILIATE OF THE UNITED BROTHERHOOD OF CARPEN
TERS. I WAS INFORMED THAT MY TERMINATION FROM STEWARDSSHIP WAS
DUE TO MY NLRB CLAIM AND REPORT OF MISCONDUCT AND POSSIBLE VIOLA-
TIONS OF THE LAW. IT IS MY OPINION THAT THIS CONSTITUTES A RETALI
TORY ACTION AGAINST THE PLAINTIFF AND THIS IS WHY THIS ACTION IS
BEING REQUESTED.

288
8.) AFTER REPEATEDLY CALLY MANEY GAINES, UNION ORGANIZER IN WEST-
ERN MASS ABOUT VIOLATIONS OF MINORITY WORKERS BEING PAID SUBSTAND
ARD WAGES DUE TO COERCION, I WAS INFORMED THAT IT WAS A LOCAL
ISSUE AND WOULD HAVE TO BE HANDLED BE THE BUSINESS AGENTS AND THE
WORKERS WHO WERE BEING VICTIMIZED BE THE CONTRACTOR.( ICR DRYWALL
) . AT THAT TIME I WAS TOLD IF IT DIDN'T AFFECT ME , TO PLEASE
"LEAVE IT ALONE, IT HAPPENS OFTEN". THIS CONVERSATION WAS REPORT-
ED TO MARK ERLICH, REGIONAL DIRECTOR OF THE CARPENTERS UNION.

VII.) PRAYER FOR RELIEF

**WHEREFORE**, THE PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT;

36.) GRANTING THE DEFENDANT ,JAMES SANTRY, A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED HIS RIGHTS UNDER THE CONSTITUTION, AND LAWS OF THE UNITED STATES, AND

37.) A PRELIMINARY AND PERMENANT INJUNCTION ORDERING THE DEFENDANTS FROM SLANDERING THE NAME OF THE PLAINTIFF AND CEASE ANY THREATS OF VIOLENCE BECAUSE OF THIS ACTION.

38.) GRANTING THE PLAINTIFF COMPENSATORY DAMAGES IN THE AMOUNT OF $500,000.00 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY

39.) THE PLAINTIFF SEEKS PUNITIVE DAMAGES INTHE AMOUNT OF $500,000.00 AGAINST EACH DEFENDANT ,JOINTLY, AND SEVERALLY..

40.) THE PLAINTIFF, JAMES SANTRY, SEEKS DAMAGES IN THE AMOUNT OF $5,000,000.00 (FIVE MILLION) FROMTHE DEFENDANT DOUGLAS MCCARRON, AND THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA.

41.) THE PLAINTIFF ALSO SEEKS A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

42.) THE PLAINTIFF ALSO SEEKS RECOVERY OF HIS COSTS IN THIS SUIT, AND

43.) ANY ADDITIONALRELIEF THIS COURT OR A JURY DEEMS JUST, PROPER, AND EQUITABLE.

DATED; JULY 25,2013

RESECTFULLY SUBMITTED,

JAMES SANTRY
29 PORT NORFOLK ST
DORCHESTER,MA 02122

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS THEREIN ARE TRUE, EXCEPT AS TO THE MATTERSALLEGED ON INFORMATION AND BELIEF, AND ,AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED IN BOSTON,MA 02122 ON JULY 25,2013.

JAMES SANTRY